IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AML IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Case No. 6:24-cv-00565-LS |

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

    Defendant The Kroger Co. ("Defendant") respectfully requests the Court for a thirty-day extension of time to respond to Plaintiff AML IP, LLC's ("Plaintiff") Complaint for Patent Infringement. The current response date to respond to the Complaint is November 14, 2024. The Defendant is asking to move the response date to December 13, 2024. Counsel for the Defendant has consulted with Plaintiffs' counsel regarding this request, and the Plaintiff has agreed and stipulates to the proposed extension.

Dated: November 8, 2024

Respectfully submitted,

By: */s/ William P. Atkins*
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN
7900 Tysons Place; Suite 500
McLean, Virginia 22102
Phone: 703-770-7900
Fax: 703/770-7901
Email: william.atkins@pillsburylaw.com

**ATTORNEY FOR THE KROGER CO.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on November 8, 2024.

By: /s/ Michelle Baltimore
Michelle Baltimore
